UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-                                                                             1:00-CR-384
                                                                                                (LEK)

CHARLES EDWARD CAINE,

                           Defendant.

## MEMORANDUM-DECISION AND ORDER

      On October 15, 2001, Defendant Charles Edward Caine ("Defendant") was sentenced to seventy-eight months imprisonment, and ordered to pay a special assessment of $100 and restitution in the amount of $153,846.17. Judgment (Dkt. No. 38). The Court directed Defendant to pay a minimum of twenty-five percent of his gross income while incarcerated towards his restitution obligation. Id. Defendant has filed a "Motion to Establish a Payment Schedule for Restitution," requesting that the Court increase his required payments from twenty-five percent of his current income of approximately $90.00 per month, which is $22.50, to a flat rate of $25.00 per month. The Court commends Defendant's desire to fulfill his responsibility to compensate his victims beyond his minimum obligation, and encourages him to make increased payments when possible. However, it is not necessary for this Court to order increased payments on his behalf. At any time that Defendant wishes to pay more than the minimum requirement toward his court-ordered restitution, he may do so without leave of the Court.

      Based on the foregoing discussion, it is hereby

      ORDERED, that Defendant's Motion to Establish Payment Schedule is **DENIED**; and it is further

1

ORDERED, that the Clerk serve a copy of this order on all parties.

DATED: September 14, 2005
       Albany, New York

                                      Lawrence E. Kahn
                                      U.S. District Judge